FILED

08/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0157

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                             O R D E R

IOLA MAERRIEA JOHNSTON,

      Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on August 24, 2023, this Court has determined that the brief does not comply with the below-referenced Rule[*s*] and must be resubmitted.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including "the relevant judgement, orders(s), findings of fact, conclusions of law, jury instructions (s), ruling(s), or decisions(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in supper." Appellant's brief contains an appendix, but the appendix does not contain a copy of the District Court's August 13th, 2021 Order Denying Motion to Suppress, which she appeals.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with Clerk of this Court a copy of the relevant order in an amended appendix and shall serve one copy of the relevant order on each counsel of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained

in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 24 day of August, 2023

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 24 2023